UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-101(01)RM |
| ) | |
| SHAWN LEON HUENERKOPF ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 29, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 23], ACCEPTS defendant Shawn Huenerkopf's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED: __October 22, 2009__

　　　　　　　　　　　　　　　　__/s/ Robert L. Miller, Jr.__
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court